UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-517M |
| v. ) | |
| ) | |
| JESUS ARIAS-SOBERANO, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:  Violations of Supervised Release from the District of Arizona.

<u>Date of Detention Hearing</u>:  October 31, 2005.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)     In the Pretrial Services Report of October 25, 2005, it is reported that there is an immigration detainer lodged against the defendant.

(2)     Defendant has stipulated to detention and has reserved the right to contest his continued detention upon his appearance in court in the District of Arizona if this case is transferred.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the
          Attorney General for confinement in a correction facility separate, to the extent

DETENTION ORDER                                                                                           15.13
18 U.S.C. § 3142(i)                                                                                        Rev. 1/91
PAGE 1

practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge